# Court of Appeals
# of the State of Georgia

ATLANTA, __April 18, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A1509.  MARION LORD HARDY, et al v. FEDERAL HOME LOAN MORTGAGE CORPORATION.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Marion Hardy appealed the magistrate court's decision to the superior court.  The superior court issued summary judgment and a writ of possession in favor of the plaintiff.  Hardy has now appealed the superior court's ruling directly to this Court.

We lack jurisdiction.  Because the order at issue disposes of a de novo appeal from a magistrate court decision, Hardy was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Hardy's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, __04/18/2013__
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*